UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Plaintiff,

                                  **DECISION AND ORDER**
    v.                                       18-CR-179-A

ARLYNDA RAY,

                Defendant.

This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1) for the conduct of pretrial proceedings. On May 14, 2019, the Magistrate Judge filed a Report and Recommendation (Dkt. No. 46) that recommends that defendant Ray's motion to suppress evidence based upon a Fourth Amendment violation (Dkt. No. 26) should be denied. No objections to the Report and Recommendation were filed by the defendant. Pursuant to 28 U.S.C. §636(b)(1), and for the reasons set forth in the Report and Recommendation, it is

**ORDERED** that the motion to suppress evidence (Dkt. No. 26) is denied for the reasons stated in the Report and Recommendation (Dkt. No. 46); and it is

**ORDERED** that the parties shall appear to set a date for trial on September 11, 2019, at 9:00 a.m.

**IT IS SO ORDERED.**

                                           ___*s/Richard J. Arcara*___
                                           HONORABLE RICHARD J. ARCARA
                                           UNITED STATES DISTRICT COURT

Dated: September 10, 2019